**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 551 MAL 2017
:
               Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
JOHN ANTONIO CRUZ, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.